**Order entered April 30, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00157-CV

## IN RE MARC MARROCCO AND TONY ALBANESE, Relators

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-07706**

## ORDER

Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Before the Court is relators' petition for writ of mandamus. We request that the real party in interest and respondent file their responses, if any, to the petition for writ of mandamus **by May 16, 2019**.

/s/    BILL PEDERSEN, III
       JUSTICE